# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ZAEEM AHMED SIDDIQUI, SHIREEN
SIDDIQUI ARAIN and HASSAN
AHMED SIDDIQUI,

        Plaintiffs,

v.

Case No: 6:17-cv-289-Orl-40TBS

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY, DIRECTOR,
CITIZENSHIP AND IMMIGRATION
SERVICES, DISTRICT DIRECTOR,
CITIZENSHIP AND IMMIGRATION
SERVICES, ORLANDO, FLORIDA,
FIELD OFFICE DIRECTOR,
CITIZENSHIP AND IMMIGRATION
SERVICES, U.S. ATTORNEY
GENERAL, DIRECTOR, FEDERAL
BUREAU OF INVESTIGATIONS and
FIELD ADJUDICATION OFFICER,

        Defendants.
_____/

## ORDER

This cause is before the Court on the parties' Joint Motion to Remand (Doc. 31) filed on May 30, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 1, 2017 (Doc. 32), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Remand (Doc. 31) is **GRANTED**.

3. This case is **REMANDED** to the USCIS with instructions to adjudicate Plaintiffs' Form N-400 applications—with the exception of any Form N-400 applications that a Plaintiff withdraws—**within 120 days**.

4. **Within 120 days**, the parties will file either a joint stipulation of dismissal—once USCIS adjudicates the then-pending Form No-400 applications—or a joint motion for the Court to re-open the case and enter a scheduling order.

5. The Clerk is **DIRECTED** to administratively close the file, pending the filing of either the joint stipulation of dismissal or the joint motion to re-open the case.

**DONE AND ORDERED** in Orlando, Florida on June 19, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties